## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE WILLIAMS,

        Plaintiff,

     v.

DR. EHGARTNER and MICHELE
DIEHL,

        Defendants.

No. 3:19-CV-00005

(Judge Brann)

## ORDER

**MAY 5, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Defendants Motion for Summary Judgment, Doc. 27, is **GRANTED**;

2.    The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff; and

3.    The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge